## EX PARTE EMMETT MARSHALL.

### No. 4277.   Decided November 8, 1916.

**Habeas Corpus—Bail.**

Where defendant was denied bail upon a charge of murder and appealed to this court, and it appeared from the inspection of the record that there was no reversible error, the judgment is affirmed.

From the Criminal District Court of Dallas. Tried below before the Hon. W. L. Crawford, Jr.

Appeal from a habeas corpus proceeding denying relator bail upon a charge of murder.

The opinion states the case.

*Mays & Mays,* for relator.

*C. C. McDonald,* Assistant Attorney General, for the State.—Cited Branch, Crim. Law, sec. 99.

HARPER, JUDGE.—Appellant was legally charged with the murder of John McGinness. When arrested he sued out a writ of habeas corpus before Hon. W. L. Crawford, Jr., judge of the Criminal District Court of Dallas County. Upon the hearing Judge Crawford remanded relator to the custody of the sheriff, denying bail. From an inspection of the record before us we can not say he erred.

The judgment is affirmed.                    *Affirmed.*